STATE OF NORTH CAROLINA v. LEWIS M. SCARBOROUGH, JR.

No. 55A89

(Filed 8 June 1989)

APPEAL of right by the State from a decision of a divided panel of the Court of Appeals, 92 N.C. App. 422, 374 S.E. 2d 620 (1988), which reversed judgments entered by *Freeman, J.,* on 17 September 1987 in Superior Court, DARE County, upon defendant's convictions of second degree rape and taking indecent liberties with a minor, and awarded a new trial. Heard in the Supreme Court 10 May 1989.

*Lacy H. Thornburg, Attorney General, by Robin Perkins Pendergraft, Associate Attorney General, for the State, appellant.*

*John W. Halstead, Jr. for defendant-appellee.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Greene, J., the decision of the Court of Appeals awarding defendant a new trial is reversed. The cause is remanded to the Court of Appeals for further remand to the Superior Court, Dare County, for reinstatement of the judgments of imprisonment.

Reversed and remanded.